UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MARCIN MORAWCZYNSKI                                                    PETITIONER
Reg. #37565-408

V.                          NO. 2:17CV00043-DPM-JTR

GENE BEASLEY, Warden                                                   RESPONDENT
FCI-Forrest City Low

## RECOMMENDED DISPOSITION

The following Recommended Disposition ("Recommendation") has been sent to United States District Judge D.P. Marshall Jr. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

### I. Discussion

Pending before the Court is a 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus filed by Petitioner, Marcin Morawczynski, who is currently incarcerated at the Federal Correctional Institution in Forrest City, Arkansas. *Doc. 1*. In his Petition, Morawczynski alleged that the Bureau of Prisons ("BOP") had failed to credit his federal sentence for the time he was detained and awaiting extradition in Poland,

1

from January 7, 2011 to January 28, 2011. In his Response, Respondent stated that, after reviewing the matter, the BOP had awarded Morawczynski credit for all but two days of the requested time. According to Respondent, Morawczynski was not entitled to jail credit for the remaining two days (January 27 and 28, 2011) because he was on bail supervision on those days. *Doc. 5*.

On May 11, 2017, Morawczynski filed a Motion to Dismiss. *Doc. 8*. He asserted that, because the BOP "took action to correct the failure to credit him with the service of jail time he spent in Poland awaiting extradition," he wanted his § 2241 case to be closed. He further stated that he "waives the remaining two days" that he had requested. Morawczynski's Motion is unopposed.

## II. Conclusion

IT IS THEREFORE RECOMMENDED THAT Morawczynski's Motion to Dismiss, *Doc.* 8, be GRANTED, and that this 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus, *Doc. 1*, be DISMISSED, without prejudice.

DATED this 16th day of June, 2017.

_____
UNITED STATES MAGISTRATE JUDGE