# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**MARCIN MORAWCZYNSKI**
Reg. #37565-408                                               PETITIONER

v.                           No. 2:17-cv-43-DPM

**GENE BEASLEY**, Warden,
FCI Forrest City Low                                          RESPONDENT

## ORDER

Unopposed recommendation, № 9, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Morawczynski's unopposed motion to dismiss, № 8, is granted. His petition will be dismissed without prejudice. No certificate of appealability will issue. 28 U.S.C. § 2253(c)(1)–(2).

So Ordered.

_____
D. P. Marshall Jr.
United States District Judge

5 July 2017